METHVIN *v.* PETERS *et al.*

HAWKINS, Justice. This case is controlled by the decision this day rendered in *Cox* v. *Peters,* ante.

*Judgment affirmed. All the Justices concur.*

No. 17625. ARGUED OCTOBER 8, 1951—DECIDED NOVEMBER 13, 1951.

*W. S. Allen, David L. Mincey, James Mackey,* and *Morris Abram,* for plaintiff.

*Eugene Cook, Attorney-General, M. H. Blackshear, Assistant Attorney-General, Edward E. Dorsey, B. D. Murphy, M. F. Goldstein, G. C. Thompson,* and *H. B. Black Jr.,* for defendants.